## JACOB KLEHR v. MICHAEL GEIS.[1]

December 8, 1916.

Nos. 19,991—(128).

**Malicious prosecution — evidence.**

Verdict for defendant. *Held*: The verdict was not manifestly against the evidence and the court did not err in denying a new trial. [Reporter.]

Action in the district court for Scott county to recover $2,600.03 for malicious prosecution. The case was tried before Morrison, J., and a jury which returned a verdict in favor of defendant. From an order denying his motion for a new trial, plaintiff appealed. Affirmed.

F. J. Leonard, F. C. and H. A. Irwin, for appellant.
J. J. Moriarty and W. H. Leeman, for respondent.

PER CURIAM.

This action was brought to recover damages for an alleged malicious prosecution. Defendant had a verdict and plaintiff appealed from an order

1Reported in 160 N. W. 1033.

denying a new trial. The only question presented is whether the verdict is manifestly against the evidence. We have read the record with care and find therein sufficient evidence to support the verdict, within the rule guiding us in such cases. A discussion of the evidence will serve no useful purpose.

Order affirmed.